UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

*Lindor*

-v-

*The US. Dept. of Immigration NY*

Document # **6**

USCA NO. _____

SDNY NO. **07cv-7665**

JUDGE: **KMW**

DATE: **Oct. 17, 2007**

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) _____THOMAS PISARCZYK_____
FIRM _____APPEALS SECTION_____
ADDRESS UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO. _____(212) 805-0636_____

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

DOCUMENTS

DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(✓) Original Record                    (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the **17th** Day of **OCTOBER**, 2007.

United States District Court for
the Southern District of New York

------------------------------------------------

*Lindor*

-V-

*The US Dept. Of Immigration NY*

Date: **10-17-2007**

U.S.C.A. # _____

U.S.D.C. # **07cv7665**

D.C. JUDGE **KMW**

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered **1** Through **5**, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                          **Document Description**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this **17th** Day of **October** In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07665-KMW
### Internal Use Only

Lindor v. The US Dept. of Immigration NY
Assigned to: Judge Kimba M. Wood
Cause: 28:1346 Breach of Contract

Date Filed: 08/28/2007
Date Terminated: 08/28/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Raymonde Lindor.(jeh) (Entered: 09/04/2007) |
| 08/28/2007 | 2 | COMPLAINT against The US Dept. of Immigration NY. Document filed by Raymonde Lindor.(jeh) (Entered: 09/04/2007) |
| 08/28/2007 | | Magistrate Judge Debra C. Freeman is so designated. (jeh) (Entered: 09/04/2007) |
| 08/28/2007 | 3 | ORDER OF DISMISSAL; Plntt's request to proceed in forma pauperis is granted, and the Clerk of Court is directed to assign a docket number to this case. As pntff may raise claims soley on her own behalf, any claims she is raising on her son's behalf must be dismissed for failure to state a claim upon which relief may be granted. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2)(B) (iii). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 08/28/2007) (jeh) (Entered: 09/04/2007) |
| 08/28/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 08/28/2007) (jeh) (Entered: 09/07/2007) |
| 09/27/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Raymonde Lindor. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 10/17/2007) |
| 10/15/2007 | | Appeal Remark as to [5] Notice of Appeal filed by Raymonde Lindor. $455.00 APPEAL FEE DUE. IFP REVOKED 8/28/07. (tp) (Entered: 10/17/2007) |
| 10/17/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 10/17/2007) |
| 10/17/2007 | | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 10/17/2007) |