# MANDATE

S.D.N.Y.-N.Y.C.
07-cv-7665
Wood, C.J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of February, two thousand eight,

Present:
    Hon. Richard J. Cardamone,
    Hon. Barrington D. Parker,
    Hon. Peter W. Hall,
                   *Circuit Judges.*

Raymonde Lindor,

        *Plaintiff-Appellant,*

v.                                                   07-4577-cv

The U.S. Department of Immigration NY,

        *Defendant-Appellee.*

Appellant, *pro se,* moves for leave to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams,* 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

                                                   FOR THE COURT:
                                                   Catherine O'Hagan Wolfe, Clerk

FEB - 6 2008                         By: _____

SAO-CMD

                                                   A TRUE COPY
                                       Catherine O'Hagan Wolfe, Clerk
                                       by_____
                                                      DEPUTY CLERK

Mandate issued: 7/22/08